**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ANNERYS MARIANA CANO ALVAREZ #A 233-872-053 | CIVIL ACTION NO. 26-0696 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN SOUTH LOUISIANA ICE PROCESSING CENTER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 27, the petitioner's Petition for Writ of Habeas Corpus, respondents' Motion to Dismiss for Lack of Jurisdiction, Record Document 20, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that respondents' Motion to Dismiss, Record Document 20, is **GRANTED,** and petitioner's Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE** as moot.

**DONE AND SIGNED** at Shreveport, Louisiana, this 11th day of August, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE